Steve VAN SICKEL, Respondent,

v.

Rudy LANGER, a/k/a Rudolph Langer, Appellant.

No. WD 51447.

Missouri Court of Appeals,
Western District.

June 4, 1996.

Anthony L. Gosserand, Kansas City, for Appellant.

Robert A. Sundblad, Kansas City, for Respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from the trial court's finding that it lacked sufficient evidence to order a judicial foreclosure and the denial of appellant's Rule 78.01 motion for a new trial.

Judgment affirmed. Rule 84.16(b).